**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

WILLIAM JOFFRE REED,

     Petitioner,

v.                                             Case No. 3:22cv20888-MCR-HTC

RICKY DIXON,

     Respondent.

_____/

## O R D E R

     This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 1, 2024 (ECF No. 18).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The Petition, challenging the conviction in *State v. Reed*, 2017 CF 1766, in the First Judicial District, in and for Okaloosa County, Florida, ECF Doc. 1, is DENIED without an evidentiary hearing.

3.      A certificate of appealability is **DENIED**.

4.      The clerk is directed to close the file for this case.

**DONE AND ORDERED** this 4th day of June 2024.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**